THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lance Perry, Appellant.
 
 
 

Appeal From York County
Michael G. Nettles, Circuit Court Judge

Unpublished Opinion No. 2009-UP-267
Submitted May 1, 2009  Filed June 2, 2009    

AFFIRMED

 
 
 
 Appellate
 Defender Elizabeth A. Franklin, of Columbia, for Appellant.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Senior Assistant Attorney
 General Harold M. Coombs, Jr., all of Columbia; and Solicitor Kevin S.
 Brackett, of York, for Respondent.
 
 
 

PER
 CURIAM:  Lance Perry pled guilty to
 second-degree burglary, grand larceny, and criminal conspiracy.  He received
 concurrent sentences of ten, ten, and five years' imprisonment, respectively. 
 Perry appeals his guilty plea to criminal conspiracy, arguing the trial court
 erred in accepting his plea because Perry denied the factual basis of criminal
 conspiracy.  We affirm pursuant to Rule 220(b),
 SCACR, and the following authorities:  In re Michael H., 360 S.C.
 540, 546, 602 S.E.2d 729, 732 (2004) ("An issue may not be raised for the
 first time on appeal.  In order to preserve an issue for appeal, it must be
 raised to and ruled upon by the trial court."); Lucas v. Rawl Family
 Ltd. P'ship, 359 S.C. 505, 510-11, 598 S.E.2d 712, 715 (2004) ("It is
 well settled that, but for a very few exceptional circumstances, an appellate
 court cannot address an issue unless it was raised to and ruled upon by the
 trial court.").
AFFIRMED. [1]
SHORT, WILLIAMS,
and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.